## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. DENNIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RICHARD JENSEN, et al.,<br><br>　　Defendants. | No. 3:10-CV-1486<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

### ORDER

**NOW** this 29th day of March, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 33) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED.**

(2) The Plaintiff's Amended Complaint (Doc. 32) is **DISMISSED WITH PREJUDICE** as to Defendants Richard Jensen, PA-C, Jane VanderHey-Wright, HCA, and Mary Jane Denuzzia, RN.

(3) The Plaintiff's Motion for Appointment of Counsel (Doc. 18) is **DENIED.**

(4) The Plaintiff's Motion for Summary Judgment (Doc. 23) is **DENIED.**

(5) The Clerk of Court is directed to mark the case as **CLOSED.**

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge