**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. DENNIS, | |
| Plaintiff, | CIVIL ACTION NO. 4:10-CV-1486 |
| v. | (JUDGE CAPUTO) |
| RICHARD JENSEN, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

# ORDER

**NOW** this 20th day of May, 2013, after consideration of Magistrate Judge Thomas M. Blewitt's Report and Recommendation (Doc. 33) and Plaintiff James E. Dennis's objections (Doc. 41), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED**.

(2) Plaintiff's Amended Complaint (Doc. 32) is **DISMISSED WITH PREJUDICE** as to Defendants Richard Jensen, PA-C, Jane Vander Hey-Wright, HCA, and Mary Jane Denuzzia, RN.

(3) Plaintiff's Motion for Appointment of Counsel (Doc. 18) is **DENIED**.

(4) Plaintiff's Motion for Summary Judgment (Doc. 23) is **DENIED**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge